United States District Court
Southern District of Texas
**ENTERED**
September 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGDOLINE S HAMMAD, | § § | CIVIL ACTION NO. 4:20-cv-03142 |
| Plaintiff, | § § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § § | |
| RAMSEY HAMMAD, | § | |
| Defendant. | § | |

### ORDER

Before the Court is an *ex parte* emergency motion by Plaintiff Magdoline S Hammad seeking a temporary restraining order and preliminary injunction. Dkt 3.

On September 11, 2020 this Court denied Plaintiff's request for a temporary restraining order and reserved judgment on the request for preliminary injunction. Dkt 5. That order indicated the Court would immediately set a compressed briefing schedule and prompt hearing on the motion for preliminary injunction upon service of Defendant Ramsey Hammad. Id at 2.

Plaintiff filed an affidavit of service on Defendant on September 14, 2020. Dkt 6.

The Court sets the following schedule on the request for preliminary injunction:

- o Defendant Ramsey Hammad must file his response by Friday, September 18, 2020.
- o Plaintiff Magdoline S Hammad must file her reply, if any, by Wednesday, September 23, 2020.
- o The parties must appear by videoconference for a hearing on Friday, September 25, 2020 at 2:30 PM.

SO ORDERED.

Signed on September 14, 2020, at Houston, Texas.

*[signature: Chas R Eshridge II]*

Hon. Charles Eskridge
United States District Judge